```
          IN THE UNITED STATES DISTRICT COURT FOR THE
             SOUTHERN DISTRICT OF WEST VIRGINIA
                          CHARLESTON
```

UNITED STATES OF AMERICA

v.                                     CRIMINAL NO. 2:23-cr-00142

KEITH DESHON ADAMS

<u>MOTION FOR DETENTION HEARING</u>

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. <u>Eligibility of Case</u>.  This case involves a:

   \_\_\_\_  crime of violence [18 U.S.C. § 3142(f)(1)(a)]

   \_\_\_\_  maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

   \_X\_\_  10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

   \_\_\_\_  felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

   \_\_\_\_  minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

   \_X\_\_  serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

   \_\_\_\_  serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2.  <u>Reason for Detention</u>.  The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    _X_  Defendant's appearance as required

    _X_  Safety of any other person and the community

3.  <u>Rebuttable Presumption</u>.  The United States will/will not invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e).  (If yes)  The presumption applies because:

    _X_  Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

    ____  Previous conviction for "eligible" offense committed while on pretrial bond.  Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

    ____  Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4.  <u>Time for Detention Hearing</u>.  The United States requests the court conduct the detention hearing,

    ____  At first appearance

    _X_  After continuance of _3_ days (not more than 3).

5.  <u>Temporary Detention</u>.  The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6. <u>Other Matters</u>.

_____

_____

DATED: 9/14/2023

                              Respectfully submitted,

                              WILLIAM S. THOMPSON
                              United States Attorney

                  By:
                              <u>/s/ Judson C. MacCallum</u>
                              Judson C. MacCallum
                              Assistant United States Attorney
                              WV Bar No. 11632
                              300 Virginia Street, East
                              Room 4000
                              Charleston, WV 25301
                              Telephone:  304-345-2200
                              Fax: 304-347-5104
                              Email:  Judson.MacCallum@usdoj.gov