**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL ACTION NO. 2:23-cr-00142** |
| | ) | |
| **KEITH DESHON ADAMS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>ORDER</u>**

At Charleston, on September 14, 2023, came the Defendant, Keith Deshon Adams, in person and by court-appointed counsel, Clint Carte, Assistant Federal Public Defender, and came Judson MacCallum, Assistant United States Attorney, for the purpose of an Initial Appearance pursuant to the Defendant's arrest on a warrant issued on an **<u>Indictment</u>** (ECF Doc.1). Also present was Kiara Carper, United States Probation Officer.

The Defendant was not called upon to plead. The Court informed the Defendant of the charges in the case, of his right to counsel, and of matters relating to conditions of release. The Court further informed the Defendant that he was not required to make a statement and that any statement made by the Defendant may be used against him.

The Court found the Defendant qualified for court-appointed counsel based upon the financial information submitted by the Defendant. Accordingly, it is hereby **ORDERED** that the Federal Public Defender's Office is appointed as counsel to represent the Defendant in this matter.

It is further **ORDERED** that an Arraignment in this case shall take place on **Tuesday, September 19, 2023, at 1:30 p.m. before United States Magistrate Judge Dwane L. Tinsley in Charleston**.

Upon consideration of the **<u>Motion for Detention Hearing</u>** (ECF Doc. 6) filed herein by the United States, and pursuant to the provisions of Title 18, United States Code, 3142(f), it is hereby **ORDERED** that the motion is **GRANTED** and the Detention Hearing shall take place immediately following the Arraignment.

Therefore, the Defendant is **ORDERED** detained and remanded to the custody of the United States Marshals pending said Arraignment and Detention Hearing.

The Court **DIRECTS** the Clerk to provide a copy of this Order to the Defendant and counsel; to the Assistant United States Attorney; to the United States Probation Office; and to the Office of the United States Marshal.

**ENTERED**: September 15, 2023.

Omar J. Aboulhosn
United States Magistrate Judge